NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Craig A. Taggart (239168) / Robert Schultz (305367)
ctaggart@mortensontaggart.com
rschultz@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545
ATTORNEY(S) FOR: LIBERTY FIRST LENDING, LLC dba PAYLESS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER VITELLO, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>LIBERTY FIRST LENDING, LLC dba PAYLESS USA,<br>Defendant(s) | CASE NUMBER:<br>8:25-cv-02502-AH-KES<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for LIBERTY FIRST LENDING, LLC dba PAYLESS USA or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1) Jennifer Vitello | (1) Plaintiff |
| (2) Edelsberg Law, PA | (2) Plaintiff's counsel |
| (3) Liberty First Lending, LLC dba Payless USA | (3) Defendant |
| (4) Bell Nunnally & Martin, LLP | (4) Defendant's counsel |
| (5) Mortenson Taggart Adams LLP | (5) Defendant's counsel |

12/31/2025
Date

/s/ Craig A. Taggart
Signature

Attorney of record for (or name of party appearing in pro per):

LIBERTY FIRST LENDING, LLC dba PAYLESS USA