**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.
Cal Bar No. 330990
1925 Century Park E, Ste 1700
Los Angeles, CA 90067-2740
scott@edelsberglaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER VITELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY FIRST LENDING, LLC DBA PAYLESS USA,<br><br>Defendant. | Case No. 8:25-cv-02502-AS-KES<br><br>**<u>NOTICE OF SETTLEMENT</u>** |

Plaintiff Jennifer Vitello notifies the Court that the parties have resolved this matter on an individual, basis. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. Plaintiff accordingly requests that the Court vacate all pending deadlines and allow the parties thirty (30) days to file a stipulation of dismissal with prejudice.

Respectfully submitted this 16th day of September 2026.

**EDELSBERG LAW, P.A.**

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E. #1700
Los Angeles, CA 90067
Tel: (305) 975-3320
Email: scott@edelsberglaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th of September 2026, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

/s/ *Scott Edelsberg*
Scott Edelsberg, Esq.
CA Bar No. 330990